UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

United States of America

    vs.

                              1: 15 Cr. 616 ( KBF )

Darcy Wedd, et al.,
        Defendant.
-------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 8 2017
```

## NOTE FROM JURY

**PLEASE PRINT**

Message: Elizabeth Pauline has surgery on mon 1st. @ 7 pm. Sainai St. Luke Surgery clinic Phone # 212-523-4410

Print Name: Isabel Fredricks

Sign Name: [signature]

Date: 4/28/17

Time: 4:47

---

**THE SECTION BELOW IS FOR COURT USE ONLY**

COURT EXHIBIT# 1

RECEIVED ON: 4/28, 2017

TIME RECEIVED: 4:50  [ ] a.m. / [✓] p.m.