UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
United States of America

vs.

1: 15 Cr. 616 ( KBF )

Darcy Wedd, et al.,
          Defendant.
-------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 8 2017

## NOTE FROM JURY

### PLEASE PRINT

Message: Upon further diligent deliberation, we remain unable to reach a unanimous decision with respect to any count charged against any defendant. Our differences are equally reasoned. We do not foresee any possibility of reaching any decision unanimously.

Print Name: Isabel Frodricks
Sign Name: [signature]
Date: 5/3/17
Time: 1:30

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 9
RECEIVED ON: 5/3, 2017
TIME RECEIVED: 1:38 [ ] a.m. / [✓] p.m.