Court Exhibit ___16___
9/5/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :          S3 15 Cr. 616 (KBF)
        - v. -                                            :
                                                          :
DARCY WEDD and                                            :
FRASER THOMPSON,                                          :
                                                          :
                        Defendants.                       :
                                                          :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 20 2017
```

## VERDICT FORM

**Please indicate your verdicts with a check mark (✓).**

**Please indicate your verdicts as to defendant DARCY WEDD:**

### COUNT ONE – DARCY WEDD
(Conspiracy to Commit Wire Fraud)

Guilty _____        Not Guilty _____        DEADLOCKED ✓

### COUNT TWO – DARCY WEDD
(Wire Fraud)

Guilty _____        Not Guilty _____        Deadlocked ✓

### COUNT THREE – DARCY WEDD
(Aggravated Identity Theft)

Guilty _____        Not Guilty _____        Deadlocked ✓

### COUNT FOUR – DARCY WEDD
(Conspiracy to Commit Money Laundering)

Guilty _____        Not Guilty _____        Deadlocked ✓

1

### COUNT FIVE – DARCY WEDD
(Conspiracy to Commit Wire Fraud)

Guilty _____        Not Guilty _____    *Deadlocked* ✓

### COUNT SIX – DARCY WEDD
(Wire Fraud)

Guilty _____        Not Guilty _____    *Deadlocked* ✓

### COUNT SEVEN – DARCY WEDD
(Aggravated Identity Theft)

Guilty _____        Not Guilty _____    *Deadlocked* ✓

### COUNT EIGHT – DARCY WEDD
(Conspiracy to Commit Money Laundering)

Guilty _____        Not Guilty _____    *Deadlocked* ✓

**Please indicate your verdicts as to defendant FRASER THOMPSON:**

### COUNT FIVE – FRASER THOMPSON
(Conspiracy to Commit Wire Fraud)

Guilty ____✓____        Not Guilty _____

### COUNT SIX – FRASER THOMPSON
(Wire Fraud)

Guilty ____✓____        Not Guilty _____

### COUNT SEVEN – FRASER THOMPSON
(Aggravated Identity Theft)

Guilty ____✓____        Not Guilty _____

### COUNT EIGHT – FRASER THOMPSON
(Conspiracy to Commit Money Laundering)

Guilty ____✓____        Not Guilty _____

2

After completing the form, each juror who agrees with the verdict must
sign below:

#5   Neal Baker
FOREPERSON

#8  Anthony Defrancesco

#7 - IVAN ESPERANCE

#6  CRISTINA ALEXIS

#9  Sergei Bruzski

#11  Chris Culture

9/5/2017
DATE

#2 Glenn Hayn

#12  Talia Charlton

#10  PAUL WARREN

#1

#4  Karlne R Brown

#13  Ray Matec

3