

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2018

**BY ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: **United States v. Darcy Wedd, et al.,**
     **S3 15 Cr. 616 (KBF)**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/8/2018
```

Dear Judge Forrest:

  The Government writes with respect to its sentencing memorandum for defendant Fraser Thompson. Sentencing for Mr. Thompson is scheduled for January 12, 2018 at 12:00 p.m. The current deadline for the Government's sentencing memorandum is January 5, 2018. We understand from Marc Nurik, counsel for Mr. Thompson, that he intends to file the defense sentencing memorandum on January 4, 2018. The Government therefore respectfully requests that the Court extend its deadline to file a sentencing memorandum to January 8, 2018, to permit the Government sufficient time to respond to the arguments raised in the defendant's memorandum. Defense counsel does not object to this request.

          Respectfully submitted,

          JOON H. KIM
          Acting United States Attorney

        By:  /s/ Richard Cooper
          Sarah E. Paul/Richard Cooper/Jennifer L. Beidel
          Assistant United States Attorneys
          (212) 637-2326/1027/2212

cc:  Marc Nurik, Esq. (by ECF)

      1/8/2018 - Application Granted  nunc pro tunc.
         SO ORDERED.

        */s/ Katherine B. Forrest*
        HON. KATHERINE B. FORREST, USDJ