```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 9, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA                        :
                                                :       15 Cr. 616 (KBF)
   - v. -                                       :
                                                :            ORDER
FRASER THOMPSON,                                :
                                                :
                                  Defendant.     :
------------------------------------------------------------------------X

KATHERINE B. FORREST, United States District Judge:

In connection with the sentencing of Mr. Thompson, the Court would like the following information and materials provided as quickly as possible:

1. The trust instrument establishing the Fraser Thompson Trust and any subsequent modifications or amendments thereto;

2. Any written agreement pursuant to which the house (at 767 Haverford Ave.) was transferred to the Trust;

3. Any written agreement establishing the terms of a "rental" arrangement for the house with the Trust;

4. The most recent bank statement for the City National Bank account relating to the Trust;

5. Any financial statements and tax returns for the Lifehouse Tonics, with all schedules (to the extent that the Lifehouse Tonics has sought financing or lease rights, the existence of financial statements would be expected). If financial statements do not exist, then defendant shall provide any accounting he has received for the business;

6. Confirmation by way of affidavit or declaration from a bank officer or counsel that the safety deposit box at JPMorgan Chase is empty or, if not, a listing of its contents.

SO ORDERED.

Dated:   New York, New York
         January 9, 2018

_____
KATHERINE B. FORREST
United States District Judge