**EXHIBIT 62**

Margaret S. Zenk
88-2636 Mamalahoa Hwy
Captain Cook, Hi 96704

Hon. Katherine B. Forrest
Daniel Patrick Moynihan United States Court House
Courtroom 23B
500 Pearl St.
New York, NY
10007-1312

Dear Honorable Justice Forrest,

My name is Margaret ("Margo") Zenk and I am writing with regards to Christopher ("Chris") Goff who is scheduled to have his sentencing hearing with you on May 18. I met Chris when he applied for a position with my company, Motif Consultants, in late 2005. I was very impressed with him and hired him as an account manager. He worked with us for two plus years.

During that time I found him to be a more than adequate account manager for an automotive client that we were doing digital marketing to-

He was always on time for meetings, was well prepared and had well thought out proposals and solutions to problems that needed to be solved.

On a personal level, Chris and I bonded over the elderly grandmother in his family and the more elderly great grandmother in family. Chris's elderly grandmother came into his life via Ryann, his girlfriend (later wife). He Nana's guy for all of the ongoing maintenance issues with her home. Chris would come into the office and talk excitingly about how much he enjoyed helping her by fixing all of the little things around her house. He also really enjoyed listening to her stories and talking about life. He was very proud of his ability to fix things around the house. He took time from his evenings and weekends to make her life less lonely and more fun. They truly enjoyed each other and were best friends for the rest of her life. Since then we both lost our dear elderly grandmothers and still feel the losses

Chris has a wife and three high energy young boys that he adores and who adore him. It is/was his desire/need to care for them financially as being a supportive husband and father. He spends time with the boys burning off their energy with sports, helps with homework and

keeps them working well as brothers

I know that Chris has plead guilty to a
very serious Crime which has ended his
professional career. That in itself is a severe
punishment for a ~~man~~ man like Chris
who takes his responsibilities as a husband
and parent very seriously. This mistake has
already crippled and most likely taken
away his ability to care for his family
financially for the rest of his life. The
prison sentence will remove his ability to be
a constant positive presence in the lives
of his sons and to support his wife emotionally.
For a man like Chris, this is a huge blow to his
concept of his self worth. Please take into
consideration the three young boys who need
their father as well as the punishment already
inflicted on Chris by the guilty plea when
considering the prison sentence you give him

Thank you for taking the time to read my
thoughts about Chris

Best regards
Margo

– Page 3 of 3 –