USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/13/2022____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRASER THOMPSON,

                     Defendant.

15 Cr. 616-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of the Government's motion for Mr. Thompson's bond deposit to be applied towards the Court-ordered restitution. ECF No. 878. Accordingly:

1. By **June 10, 2022**, Defendant shall file any opposition; and

2. By **June 17, 2022**, the Government shall file its reply, if any.

      SO ORDERED.

Dated: May 13, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge