

**U.S. Department**

*United States* 
*Southern Dist*

*86 Chambers Street*
*New York, New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/29/2022_

August 26, 2022

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Fraser Thompson,* No. 15-CR-616-07 (AT)

Dear Judge Torres:

    The Government respectfully withdraws the pending Motion to Apply Bond Deposit (Dkts. 878-80). We thank the Court for its consideration of this matter.

                      Respectfully,

                      DAMIAN WILLIAMS
                      United States Attorney

           By:  */s/ Melissa A. Childs*
                MELISSA A. CHILDS
                Assistant United States Attorney
                86 Chambers Street, 3rd Floor
                New York, NY 10007
                Telephone: (212) 637-2711

GRANTED. The Clerk of Court is ordered to terminate the motions at ECF Nos. 878–80.

SO ORDERED.

Dated: August 29, 2022
       New York, New York

                            ANALISA TORRES
                            United States District Judge