UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRASER THOMPSON,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/5/2022_____

15 Cr. 616-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 2, 2022, counsel for Defendant, Fraser Thompson, filed a letter requesting that the Court "amend the [j]udgment removing the [r]estitution order" in this action. ECF No. 906 at 4. By **December 12, 2022**, the Government shall file its response.

      SO ORDERED.

Dated: December 5, 2022
       New York, New York

ANALISA TORRES
United States District Judge