UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

FRASER THOMPSON,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2022_____

15 Cr. 616-7 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 5, 2022, the Court ordered the Government to respond to Defendant's letter at ECF No. 906 by December 12, 2022. ECF No. 907. That submission is now overdue. Accordingly, by **December 19, 2022**, the Government shall file its response.

SO ORDERED.

Dated: December 13, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge