USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA

v.

FRASER THOMPSON,

        Defendant.

———————————————————————

**ORDER ON CONSENT
REGARDING RESTITUTION**

S3 15 Cr. 616 (AT)

WHEREAS, the Government represented during the Defendant's sentencing, on or about January 12, 2018 (ECF No. 665), that it intended to seek restoration of the forfeiture amount in satisfaction of restitution;

WHEREAS, on or about January 12, 2018, the Honorable Katherine B. Forrest, imposed an oral Order of Restitution, also reflected in the Judgement, in the amount of $1,525,144.56 (ECF No. 654);

WHEREAS, on or about January 22, 2018, Judge Forrest imposed a Consent Order of Forfeiture/Money Judgment, in the amount of $1,525,144.56 (ECF No. 659);

WHEREAS, by the date of this order, the Defendant, Fraser Thompson, has satisfied his forfeiture obligation of $1,525,144.56;

2020.01.09

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jilan Kamal, of counsel, the Defendant, and his counsel, Marc S. Nurik, Esq., that the Defendant, Fraser Thompson, is under no further obligation under the Order of Restitution.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____     12/12/2022
JILAN KAMAL                              DATE
Assistant United States Attorney
One Saint Andrew's Plaza
New York, New York 10007
(212) 637-2192


FRASER THOMPSON, Defendant

By: _____     12/16/2022
FRASER THOMPSON                          DATE

By: _____     12/15/2022
MARC S. NURIK, Esq.                      DATE
(Counsel for the Defendant)


SO ORDERED:

_____           December 20, 2022
HONORABLE ANALISA TORRES                 DATE
UNITED STATES DISTRICT JUDGE